# CRIMINAL DOCKET

| | | |
|---|---|---|
| HOUSTON DIVISION | United States Courts<br>Southern District of Texas<br>FILED | No. **4:23-cr-00265** |
| USAO Number: 2023R03634 | | |
| Magistrate Number: | | |
| CRIMINAL INDICTMENT | Filed: *June 21, 2023* | Judge: Hittner, David |
| | Nathan Ochsner, Clerk of Court | |

UNITED STATES of AMERICA
vs.

**ATTORNEYS:**

| | |
|---|---|
| ALAMDAR S. HAMDANI, USA | (713) 567-9000 |
| BRIAN HRACH, AUSA | (713) 567-9000 |

| | Appt'd | Private |
|---|---|---|
| SERGIO JIMENEZ-LOPEZ | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**Charge:** Ct. 1: Illegal Reentry After Deportation, Following Conviction For a Felony Offense [8 USC §§ 1326(a) & (b)]

(Total) (Counts) (1)

## PENALTY:
Ct. 1: Not more than 20 years imprisonment; not to exceed $250,000 fine, 3 years SRT; $100 SA

☑ In Jail A076838828    TDCJ Huntsville    NAME & ADDRESS of Surety:
815 12th Street
Huntsville, Texas 77348

☐ On Bond

☐ No Arrest

## PROCEEDINGS:

| |
|---|
| |
| |
| |
| |