UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| vs. § | Criminal No. H-23-265 |
| § § | |
| Sergio Jimenez-Lopez § § § | |
| Defendant. § | |

## PROFFER

If this case were tried, the United States would prove the following facts beyond a reasonable doubt:

The defendant is a citizen and national of United Mexican States, and not a citizen of the United States.

On June 23, 2008, defendant, using the name **Sergio Lopez Jimenez**, was convicted in the 182nd District Court of Harris County, Texas, for the offense of **driving while intoxicated 3rd offender BAC .08**, a felony, committed on or about December 11, 2007, in Case No. 1145204. He was sentenced to 2 years confinement

On November 15, 2008, defendant, using the name **Sergio Jimenez Lopez**, was deported from Brownsville, Texas to Mexico.

On June 20, 2022, defendant, using the name **Sergio Jimenez-Lopez**, was found in the United States at Houston, Texas.

A record search of the Central Index System and the Defendant's A-file revealed no evidence that the defendant obtained consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and no evidence that the

defendant obtained corresponding consent after February 2003 from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

A fingerprint analyst examined and compared the fingerprints on the warrant(s) of deportation and other documents to the known fingerprints of the defendant and concluded they were made by the same individual.